# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3348

_____

United States of America

*Plaintiff - Appellee*

v.

Kunta Laushan Brown

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: February 14, 2017
Filed: February 16, 2017
[Unpublished]
_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Kunta Brown directly appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm charges. His counsel has moved to withdraw and

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), questioning the reasonableness of Brown's sentence.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (explaining that sentences are reviewed under deferential abuse-of-discretion standard and discussing substantive reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____